In the Matter of LONG ISLAND LIGHTING COMPANY, Appellant, against WILLIAM SHIELDS, as Mayor of the Village of Old Brookville, et al., Respondents.

Argued March 3, 1949; decided April 14, 1949.

564

*David K. Kadane, Charles E. Elbert* and *Charles G. Blakeslee* for appellant.

*Theodore V. Summers* and *Stoddard B. Colby* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.